FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>HUGO ARVISU SR., an individual, CHILOE CHERVENELL, an individual; and S.F., a minor, by and through her mother, CHRISTINA FLORES, an individual,<br><br>              Defendants. | No.   2:21-cv-00123-SMJ<br><br>**ORDER DENYING STIPULATED DISMISSAL WITH LEAVE TO RENEW** |

Before the Court, without oral argument, is the parties' Stipulation and Proposed Order of Dismissal, ECF No. 16. The parties submit that they have settled all claims and stipulated to dismissal of this matter with prejudice. By separate Order, the Court approved the settlement to minor S.F. and ordered the disbursement of funds, ECF No. 19. That Order directed Jonathan C. Edwards, counsel for minor S.F., to file a receipt of funds within thirty days showing proof of receipt by Secured Futures Inc. *Id.* at 3. At this time, the Court does not find that dismissal of this matter is appropriate. The Court therefore denies the parties'

ORDER DENYING STIPULATED DISMISSAL
WITH LEAVE TO RENEW – 1

stipulation with leave to renew once a receipt of funds has been filed with this Court.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation and Proposed Order of Dismissal, **ECF No. 16**, is **DENIED WITH LEAVE TO RENEW**.

**A.** The parties may submit a renewed stipulation for dismissal once the receipt of funds, *see* ECF No. 19 at 3, has been filed with this Court.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of December 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING STIPULATED DISMISSAL
WITH LEAVE TO RENEW – 2