FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, a Minnesota Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>HUGO ARVISU SR., an individual, CHILOE CHERVENELL, an individual; and S.F., a minor, by and through her mother, CHRISTINA FLORES, an individual,<br><br>     Defendants. | No. 2:21-cv-00123-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 16, 2022, the parties filed a stipulated dismissal, ECF No. 23. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

 **1.** The parties' Stipulation and Proposed Order of Dismissal, **ECF No. 23**, is **GRANTED**.

 **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

 **3.** All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge